UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHOKANG SHIPPING CO. LTD.,

**Plaintiff**

-v-

STEEL AUTHORITY OF INDIA LTD.,

**Defendant**

---

Case No. 07 *Civ. 9602 (CSH)*

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CHOKANG SHIPPING CO. LTD. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** Oct. 29, 2007

**Signature of Attorney**
Patrick C. Crilley
**Attorney Bar Code:** PC 9057

233 Broadway - Suite 2202
New York, NY 10279
(212) 619-1919

Form Rule7_1.pdf