USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-13-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHOKANG SHIPPING CO., LTD          :   ECF Case
                                   :
                    Plaintiff,     :   07 Civ. 9602 (CSH)
                                   :
        v.                         :   STIPULATION AND ORDER
                                   :   OF DISMISSAL AND RELEASE
STEEL AUTHORITY OF INDIA, LTD.,    :   OF RESTRAINED PROPERTY
                                   :
                    Defendant.     :
                                   :
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that this action be and is discontinued and dismissed as to all parties without prejudice and without costs to either party.

IT IS FURTHER STIPULATED AND AGREED that

WHEREAS, pursuant to a Writ of Attachment and Garnishment issued in this case on October 29, 2007, a garnishee bank, JPMorgan Chase Bank (the "Garnishee"), has restrained property belonging to the Defendant;

Said Garnishee is HEREBY ORDERED to release such restraint upon Defendant's property and to immediately remit any such restrained property in accordance with the written instructions to be provided to said Garnishee by the undersigned attorneys for the Defendant.

IT IS FURTHER STIPULATED AND AGREED that Defendant's motion for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6) and Rule E of the Supplemental Rules of Civil Procedure for Certain Admiralty and Maritime Claims, brought by Order to Show Cause dated December 11, 2007, is hereby withdrawn as moot.

The Clerk of the Court shall close this case.

Dated: New York, New York
December 12, 2007

Respectfully submitted,

RICHARD A. ZIMMERMAN
Attorney for Plaintiff
CHOKANG SHIPPING CO., LTD.

By: _____
Patrick C. Crilley (PC 9057)
*Of Counsel*
233 Broadway, Suite 2202
New York, New York 10279
Tel. (212) 619 – 1919
Fax. (212) 214-0311

REED SMITH LLP
Attorneys for Defendant
STEEL AUTHORITY OF INDIA, LTD.

By: _____
Wendy H. Schwartz (WS-1862)
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

SO ORDERED, 12th day of December, 2007.

_____
U.S.D.J.